388 WHITE v. THORP ET AL. [92

---

WESLEY G. WHITE v. IRA G. THORP, TRUSTEE IN BANKRUPTCY OF THE ESTATE OF W. L. WHITE, AND W. L. WHITE.

May Term, 1918.

Present: WATSON, C. J., HASELTON, POWERS, TAYLOR, and MILES, JJ.

Opinion filed May 29, 1918.

*Appeal in Chancery—Final Order—Execution.*

An order that execution issue to enforce a decree in chancery is not a final order from which an appeal lies.

PETITION FOR FORECLOSURE of a real estate mortgage. Heard on report of a special master in vacation after the March Term,

1917, Chittenden County, *Waterman,* Chancellor. Decree for plaintiff, adjudging a certain sum due from defendant Thorp as mesne profits. From an order issuing an execution against him for the amount found due, defendant Thorp asked and was granted leave to appeal. Heard in Supreme Court on plaintiff's motion to dismiss the appeal.

*Edmund C. Mower* and *Charles H. Darling* for plaintiff.

*V. A. Bullard* and *Sherman R. Moulton* for defendant Thorp.

PER CURIAM. The motion heard is to dismiss an appeal in chancery. The decree was rendered on May 22, 1917, and filed two days later. Thereby a certain sum of money was ordered, adjudged, and decreed to be paid by defendant Thorp to the plaintiff. No appeal was taken therefrom. On July 30, 1917, the chancellor, on petition of the plaintiff, ordered that execution issue against the chattels and lands of defendant Thorp, and for want thereof against his body, for the amount due the plaintiff under the decree, according to the prayer of said petition. The order was filed August 6, 1917, and on the same day a motion was filed by Thorp, praying "for an appeal from the order and decree * * * granting an execution against him in said cause."

The plaintiff moves that the appeal be dismissed, for that the order from which it was taken is not a final decree. The motion must be sustained. The order that execution issue was not a decree. It was made under the statute as a method of enforcing the performance of the decree previously rendered. P. S. 1302. See *Kopper* v. *Dyer,* 59 Vt. 477, 9 Atl. 4, 59 Am. Rep. 742; *Vilas* v. *Burton,* 27 Vt. 56.

*Appeal dismissed.*